IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No. 1:24-CV-4

| | |
|---|---|
| **ERICA AYDLETT and BERNADETTE AYDLETT,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**NISSAN OF ELIZABETH CITY, LLC,** )<br>Defendant. )<br>) | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

NOW COME the Plaintiffs ERICA AYDLETT and BERNADETTE AYDLETT and the Defendant NISSAN OF ELIZABETH CITY, LLC, jointly, by and through the undersigned counsel, and hereby file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing the above-referenced action with prejudice. Each party is to bear its own costs and attorney's fees.

STIPULATED and AGREED TO this this day, September 4, 2024, by:

By: **/s/ Suzanne Begnoche**
SUZANNE BEGNOCHE
Suzanne Begnoche, Attorney at Law
NCSB # 35158
P.O. Box 2035
Chapel Hill, NC  27515
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
Suzanne.begnoche@begnochelaw.com
*Attorney for Plaintiffs*

**/s/ Kevin L. Chignell**
N.C. State Bar No. 21978
Email: kevinchignell@parkerpoe.com
Ethan A. Johnson
N.C. State Bar No. 56908
Email: ethanjohnson@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, NC 27602-0389
Telephone: (919) 828-0564
*Counsel for Defendant*
*Nissan of Elizabeth City, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the forgoing **Stipulation of Dismissal** with the Clerk of the Court using the CM/ECF system, which will send a copy to the Defendant's attorneys:

    Kevin L. Chignell
    Ethan Johnson
    Email: kevinchignell@parkerpoe.com
    Email: ethanjohnson@parkerpoe.com
    PARKER POE ADAMS & BERNSTEIN LLP
    301 Fayetteville Street, Suite 1400 (27601)
    P.O. Box 389
    Raleigh, NC 27602-0389
    *Counsel for Defendant*
    *Nissan of Elizabeth City, LLC*

Respectfully submitted this day, September 4, 2024,

        By:    **/s/ Suzanne Begnoche**
                   SUZANNE BEGNOCHE
                   Suzanne Begnoche, Attorney at Law
                   NCSB # 35158
                   P.O. Box 2035
                   Chapel Hill, NC  27515
                   Telephone: (919) 960-6108
                   Facsimile: (919) 500-5289
                   Suzanne.begnoche@begnochelaw.com
                   *Attorney for Plaintiffs*